

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2016

No. 04-16-00442-CV

**CONROE PROPERTIES**, Thorndale Properties, Smithville Properties, and Alan Gertner,
Appellants

v.

Fred **HOBBS** dba Texas Home Restoration Agency,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 382546
Honorable Karen Crouch, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by September 6, 2016. Appellant has not filed the brief. Therefore, it is ORDERED appellant show cause in writing on or before **September 30, 2016** why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

Appellant's response should include a reasonable explanation for failure to timely file the brief and should demonstrate affirmative steps taken to remedy the deficiency. If appellant intends for the response to act as a motion for extension of time, it must comply with Rule 10.5 of the Texas Rules of Appellate Procedure and the Fourth Court of Appeals' local rules. If appellant no longer wishes to pursue this appeal, the response should include a motion to dismiss.

If this Court does not receive an adequate response on or before **September 30, 2016**, the appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2016.



Keith E. Hottle
Clerk of Court